# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2011

142117-8 & (69)

CHARTER TOWNSHIP OF HARING,
        Plaintiff-Appellant,

v

CITY OF CADILLAC,
        Defendant-Appellee.

_____/

TOWNSHIP OF SELMA,
        Plaintiff-Appellant,

and

TOWNSHIP OF CLAM LAKE,
        Plaintiff,

v

CITY OF CADILLAC,
        Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142117
COA: 292122
Wexford CC: 08-020967-CK

SC: 142118
COA: 292164
Wexford CC: 08-021381-CK

On order of the Court, the application for leave to appeal the October 12, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether plaintiffs' claims are ripe for adjudication, and (2) whether *Washtenaw County Health Dep't v T&M Chevrolet, Inc*, 406 Mich 518 (1979), was correctly decided and, if so, whether it requires the defendant City of Cadillac to continue to allow the plaintiff townships to utilize the City's extended wastewater treatment facility for sewage transportation and treatment services beyond the May 12, 2017 termination dates of the 1977 and 1980 contracts between the City and Wexford County, and if so, the duration of that requirement.

The Michigan Townships Association's motion for leave to file brief amicus curiae is GRANTED. Other persons or groups interested in the determination of the

issues presented in this case may move the Court for permission to file briefs amicus curiae.

 MARILYN KELLY, J. (*concurring*).

 I concur in the order granting leave to appeal. However, I would welcome briefing and argument on all issues raised in this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2011

_____
Clerk

p0322